## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

DJF 4/15/25

| United States of America | Case No.: 25-5197MJ |
| v. | **CRIMINAL COMPLAINT** |
| 1. Kyler Messilio Ginanni, | |
| 2. Jeffrey Solomon Brown, and | |
| 3. Daniel Richard Miller. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about April 15, 2025, in the County of Maricopa in the District of Arizona, the Defendant KYLER MESSILIO GINANNI knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is a Palmetto State Armory, model 57 Rock, 5.7x28 caliber pistol, bearing serial number RC007604, said firearm a having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 2

On or about April 15, 2025, in the County of Maricopa in the District of Arizona, the Defendant KYLER MESSILIO GINANNI did knowingly possess a firearm, that is an American Tactical Ind. ATI, model Omi Hybrid, serial number NS203657, 223 caliber rifle with a barrel of less than 16 inches in length, not registered to the Defendant KYLER MESSILIO GINANNI in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 3

On or about April 15, 2025, in the County of Maricopa in the District of Arizona, the Defendant KYLER MESSILIO GINANNI did knowingly possess a machinegun, that is a Kriss, model Vector, 45 act caliber short barrel rifle, serial number 45PC20136, with a machine conversion device attached, which is designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 4

On or about April 15, 2025, in the County of Yuma in the District of Arizona, the Defendant JEFFREY SOLOMON BROWN did knowingly possess eight machinegun conversion devices, that are commonly known as pepperjacks, which are designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 5

On or about April 15, 2025, in the County of Yuma in the District of Arizona, the Defendant JEFFREY SOLOMON BROWN did knowingly possess a firearm, that is a white 3D printed rifle with no serial number and a barrel of less than 16 inches in length, not registered to the Defendant JEFFREY SOLOMON BROWN, in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 6

On or about April 15, 2025, in the District of Arizona, the Defendant DANIEL RICHARD MILLER did knowingly possess a machinegun, that is a Glock, model 44, 22 caliber pistol, serial number AHHK232, with a machine conversion device attached, which is designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms & Explosives and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Maria R. Gutierrez, AUSA

SA, Jack Carpenter
Name of Complainant

*Digitally signed by MARIA GUTIERREZ. Date: 2025.04.15 18:14:00 -07'00'*

JACK CARPENTER
Signature of Complainant

*Digitally signed by JACK CARPENTER. Date: 2025.04.15 18:05:44 -07'00'*

Sworn to me telephonically and subscribed electronically.

April 16, 2025 @ 8:23 a.m.
Date

at   Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

Your Affiant, Jack Carpenter, being duly sworn, hereby depose and state as follows:

1.  I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since December 2022. I am a graduate of the Federal Law Enforcement Training Center (FLETC) and the ATF National Academy, where I received training in firearms identification, surveillance techniques, interrogation methods, drug identification, and explosives and arson investigation techniques. Prior to working for the ATF, I was employed with New Mexico State Police, as a patrolman and agent. I received over 1,145 hours of training at the New Mexico State Police Training Academy.

2.  As a result of my training and experiences as an ATF Special Agent, I am familiar with firearm and ammunition laws, as well as firearm trafficking laws. I have participated in investigations of both state and federal firearms violations, illegal narcotics trafficking, armed drug traffickers, violent crime involving firearms, conspiracy offenses, illegal possession of unregistered firearms, illegal manufacturing of machine guns, straw purchasing of firearms, dealing firearms without a license, falsifying information to illegally obtain firearms, and interstate and international firearms and ammunition trafficking. I am familiar with the investigative techniques used in these investigations, such as the use of undercover agents, the use of cooperating witnesses and confidential informants, surveillance, search and seizure warrants, and interception of

1

oral communications. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.

3. The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits.

## PROBABLE CAUSE

4. Beginning in March 2024, ATF began investigating Kyler Messilio GINANNI for felon in possession of firearms, and manufacturing and possessing National Firearms Act ("NFA") firearms.[1] GINANNI is a felon and an investigation into his social media accounts (Facebook, Youtube, Instagram, Twitter) showed GINANNI posting photos and videos of himself in possession of firearms, including NFA firearms. A review of GINANNI's social media accounts (pursuant to federal search warrants) led to the identification of other social media accounts, including Discord, used by GINANNI, Jeffrey Solomon BROWN, Daniel Richard MILLER, and others to make and possess NFA firearms. GINANNI, BROWN, MILLER and others are members of online groups on Facebook and Discord called "2APrint Depot". The 2APrint Depot groups are dedicated to the development of 3D-printed firearms. GINANNI and BROWN are administrators of the 2APrint Depot groups. MILLER is a Beta Tester.

---

[1] Title 26, United States Code, Section 5845(a) defines the firearms regulated under the National Firearms Act ("NFA"). Silencers/suppressors, machine guns, and short barrel rifles are among the firearms regulated by the NFA.

2

5. A review of the 2APrint Depot Facebook and Discord accounts, pursuant to federal warrants, show GINANNI, BROWN, and MILLER have conversations with other members about making and possessing 3D-printed firearms, including short-barreled rifles, machineguns, and machinegun conversion devices ("MCDs"), all of which are regulated under the Gun Control Act ("GCA") and the NFA.

*Execution of Federal Search Warrants*

6. On April 14, 2025, the Honorable Michael T. Morrissey, United States Magistrate Judge, District of Arizona, authorized warrants to search GINANNI's residence in Phoenix (25-3162MB), BROWN's residence in Yuma (25-3163MB), and MILLER's residence and vehicle in Avondale (25-3164MB and 25-3165MB) for evidence relating to violations of 18 U.S.C. §§ 371, conspiracy, 922(g)(1), felon-in-possession of a firearm, 922(o), illegal possession of a machinegun, and 26 U.S.C. §§ 5861(d), possession of an unregistered firearm, and 5861(f), making of a firearm in violation of the NFA.

*GINANNI's Residence*

7. On April 15, 2025, law enforcement, pursuant to the search warrant, searched GINANNI's residence. Law enforcement found 3D-printed firearms along with 3D printers and other materials to 3D print firearms inside a room that GINANNI identified as his bedroom. Law enforcement also found a Kriss, model Vector, short-barreled rifle, 45 act caliber, serial number 45PC20136, with an installed machinegun

conversion device (MCD)[2] and an American Tactical Ind. ATI, model Omni Hybrid, short barrel rifle[3] that measures 8 1/4 inches, serial number NS203657, 223 caliber, in GINANNI's bedroom. Agents also found a Palmetto State Armory, model 57 Rock, pistol, serial number RC007604, 5.7x28 caliber, in GINANNI's bedroom.

8. Post-*Miranda,* GINANNI admitted to possessing firearms. GINANNI also admitted to participating in online 3D printing groups specializing in making firearms. GINANNI denied that he knew he was a felon and said that he was unaware he was unable to possess firearms.

9. Social media conversations show GINANNI admitting he was a felon. For example, during a Facebook conversation on January 15, 2024, GINANNI says to MILLER, "yea i feel like hell be a good stepping stone into it even if he ends up falling thru, if we start doing it i wana go more the legal route with me bein a felon and all i don't even wana dance that line thats why iv been trying to keep kiiiinds seperate from it while also letting people know theyre coming from "me" so they can be trusted."

10. On July 12, 2016, GINANNI was convicted of False Imprisonment, a 4th Degree felony, in New Mexico. He was sentenced to 18 months of probation. On December 16, 2016, his probation was revoked.

11. The Palmetto State Armory pistol was not manufactured in Arizona; therefore, was shipped in interstate or foreign commerce.

---

[2] A MCD is designed and intended solely and exclusively, for use in converting a weapon into a machinegun. An MCD is a "machinegun" as defined in 26 U.S.C. § 5845(b) of the National Firearms Act (NFA). A machinegun is a "firearm" as defined in 26 U.S.C. § 5845(a)(6). A MCD is also "machinegun" as defined in 18 U.S.C. 921(a)(24) of the Gun Control Act of 1968 (GCA), which refers to the definition of machinegun under the NFA.

[3] A rifle with a barrel or barrels of less than 16 inches in length are subject to the NFA.

*BROWN's Residence*

12. On April 15, 2025, law enforcement, pursuant to the search warrant, searched BROWN's residence. Law enforcement found a 3D printed white short barrel rifle, bearing no serial number (attached optic), with a barrel measuring 11 inches, in a front room that BROWN admitted post-*Miranda* that was his print room. Law enforcement also found 3D printers and other materials to 3D print firearms in the print room. Agents also found eight pepperjacks[4] in BROWN's print room. Post-*Miranda*, BROWN stated to agents he had the pepperjacks in a jar on a shelf and guided agents to where they were located.

*MILLER's Residence*

13. On April 15, 2025, law enforcement, pursuant to the search warrant, searched MILLER's residence and vehicle. Law enforcement found one Glock, model 44, serial number AHHK232, 22 Cal. Lr, with an attached three-piece MCD inside a gun safe located inside a room that MILLER admitted was his office. Law enforcement also found 3D printers and other materials to 3D print firearms.

14. Post-*Miranda*, when agents asked MILLER for the combination for the gun safe, he declined to provide a combination. MILLER stated to agents that he only had several handguns inside of the safe. Agents asked if he had any machineguns or any MCDs. MILLER stated he only had a force reset trigger (FRT)[5] and a super safety[6], but

---

[4] The completed PepperJack MCD is a combination of parts, designed and intended for use in converting a weapon into a machinegun. The ATF has classified the PepperJack as a machinegun as defined by the Gun Control Act and National Firearms Act.

[5] An FRT device is designed to allow "drop-in" installation into AR15-type firearms. The device is designed to function in conjunction with an H3 weight buffer and M16-type machinegun bolt carrier rather than a standard

did not possess any machineguns. MILLER told agents that he knew the FRT and super safety were not classified by ATF to be machineguns. MILLER stated he forgot the MCD was attached to a gun and that he should have thrown it away.

*National Firearm Registration and Transfer Record and Federal Licensee System Searches*

15. ATF Agents queried National Firearms Registration and Transfer Record (NFRTR) for MILLER, BROWN, and GINANNI. MILLER, BROWN, nor GINANNI have any NFA Firearms registered to them.

16. ATF Agents queried the Federal Licensee System (FLS) for a Federal Firearms License (FFL) for MILLER, BROWN, and GINANNI. MILLER, BROWN, nor GINANNI have an active FFL.

17. Based on the above-stated facts, I submit that there is probable cause that MILLER, BROWN, and GINANNI committed the offenses as alleged in the Complaint.

JACK CARPENTER
Digitally signed by JACK CARPENTER
Date: 2025.04.15 18:05:06 -07'00'

Signature of Complainant
Jack Carpenter, Special Agent, ATF

Sworn to me telephonically and subscribed electronically this 16th day of April, 2025. @ 8:23 a.m.

Signature of Judicial Officer
HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

---

semiautomatic AR15-type bolt carrier. The M16-type bolt carrier incorporates a contact surface that is unnecessary on AR15-type semiautomatic firearms because this surface is designed to "trip" the auto sear in standard M16-type machineguns. This surface is utilized to similarly "trip" the "locking bar" in FRT-15 equipped AR15-type firearms during the operating cycle.

[6] Based on my training and experience, the "super safety" is a 3D-printable active trigger system for the AR-15.

6